## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, <br> 611 Pennsylvania Ave., SE #231 <br> Washington, DC 20003 <br><br> *Plaintiff,* <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL AND PREVENTION, <br> 1600 Clifton Road <br> Atlanta, GA 30329-4027 <br><br> *Defendant.* | Civil Action No.: 24-675 |

## COMPLAINT

1. Plaintiff America First Legal Foundation ("AFL") brings this action against the Centers for Disease Control and Prevention ("CDC") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201, *et seq.*

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. The Plaintiff, AFL, is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public.

5. The Defendant CDC is an agency under 5 U.S.C. § 552(f), with its headquarters at 1600 Clifton Road Atlanta, GA 30329-4027.

6. The Defendant has possession, custody, and control of the requested records.

## BACKGROUND

7. The Biden Administration has stated that it is committed to a transparent, open, and ethical government.[1]

---

[1] *FACT SHEET: Biden-Harris Administration Prioritizes Effectiveness, Accountability, and Transparency in Bipartisan Infrastructure Law Implementation,* THE WHITE HOUSE (Apr. 29, 2022), https://tinyurl.com/bdhrccyk; *Biden White House Pledges Data, Transparency, Respect for Free Press,* REUTERS *(Jan. 20, 2021),* https://tinyurl.com/3fzz25mf; Mark Joyella, *Biden's White House Press Secretary Promises 'Trust and Transparency,'* FORBES (Jan. 20, 2021), https://tinyurl.com/2p8729wz.

8. "Timely disclosure of records is also essential to the core purpose of FOIA." U.S. DEP'T JUST., Freedom of Information Act Guidelines (March 15, 2022), https://tinyurl.com/2yd463dv.

## AFL'S FOIA REQUEST

*Chestfeeding Request to CDC*

9. On August 28, 2023, AFL submitted a FOIA request to the CDC requesting information related to the term "chestfeed" and related terms that appeared on the CDC website. *Ex. 1*.

10. This request sought a fee waiver. *Id.*

11. On August 28, 2023, AFL received a letter from the CDC acknowledging the request and assigned it tracking number 23-01709-FOIA. *Ex. 2*.

12. That email invoked an extension of ten days for "unusual circumstances" and assigned the request to the complex processing queue. *Id.*

13. On August 30, 2023, the CDC sent a letter notifying AFL that AFL may wish to expand its search to include the CDC's National Center for Chronic Disease Prevention and Health Promotion's (NCCDPHP's) Division of Nutrition, Physical Activity, and Obesity instead of the CDC's National Center on Birth Defects and Developmental Disabilities (NCBBDD). *Ex. 3*.

14. On September 1, 2023, AFL responded to CDC, agreeing to replace NCBBDD with NCDDPHP in the request. *Ex. 4*.

15. On September 1, 2023, CDC notified AFL that it had "replaced NCBBDD with NCDDPHP and restarted the clock on the records request." *Ex. 5*.

16. As of the date of this filing, Defendant CDC has not provided any records under this request.

## CLAIM FOR RELIEF

### Violation of the FOIA, 5 U.S.C. § 552

17. AFL incorporates paragraphs 1–16 by reference.

18. AFL properly requested records within the Defendant's possession, custody, and control.

19. The Defendant failed to conduct searches for responsive records.

20. Because Defendant failed to conduct searches, it has failed to disclose any segregable, non-exempt portions of responsive records. *See* 5 U.S.C. § 552(b).

21. The Defendant has failed to respond to AFL's requests within the statutory time period. *See* 5 U.S.C. § 552(a)(6).

22. Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(C).

23. The Defendant has violated the FOIA by failing to reasonably search for records responsive to AFL's FOIA request and release nonexempt records within the prescribed time limit.

## PRAYER FOR RELIEF

WHEREFORE, AFL respectfully requests that this Court:

i. Declare that the records sought by AFL's requests must be disclosed pursuant to 5 U.S.C. § 552;

ii. Order the Defendant to search immediately, demonstrating search methods reasonably likely to lead to the discovery of responsive records;

iii. Order the Defendant to produce by a date certain all non-exempt records responsive to AFL's FOIA requests, accompanied by a Vaughn index of any responsive records or portions of responsive records being withheld under a claim of exemption;

iv. Order the Defendant to grant AFL's requests for fee waivers;

v. Award AFL attorneys' fees and costs incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

vi. Grant AFL such other and further relief as this Court deems proper.

Date: March 8, 2024

Respectfully Submitted

/s/ Jacob Meckler
Ian Prior (DC Bar No. 90001650)
Jacob Meckler (DC Bar No. 90005210)
Tel: (202) 964-3721
E-mail: Jacob.Meckler@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, DC 20003
*Counsel for the Plaintiff*
*America First Legal Foundation*