THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>Defendant. | Civil Action No. 24-675 (PLF) |

**JOINT STATUS REPORT**

Plaintiff America First Legal Foundation Defendant Center for Disease Control and Prevention (CDC) submit the following Joint Status Report, pursuant to the Court's June 27, 2024 Order.

1. This case stems from Plaintiff's August 28, 2023 Freedom of Information Act (FOIA) request for information related to the term "chestfeed" and related terms that appeared on the CDC website (No. 23-01709-FOIA). Compl. ¶¶ 9, 11.

2. The CDC made a final production of records to Plaintiff on June 28, 2024, which consisted of 220 pages released in full, 1,275 pages released in part, and 38 pages withheld in full. The CDC will work with Plaintiff to address challenges, if any.

3. Defendant does not anticipate filing a motion to stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Additionally, the Parties believe that establishing a summary judgment briefing schedule and filing of a Vaughn index are premature at this time.

4. The Parties propose to file a further Joint Status Report in 60 days, that is, on or

before September 11, 2024.

Dated: July 11, 2024

Respectfully submitted,

*/s/ Jacob Meckler*
JACOB MECKLER
America First Legal Foundation
611 Pennsylvania Avenue Se #231
Washington, DC 20003
530-830-8168
Jacob.Meckler@aflegal.Org

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

BY: */s/ L'Shaunteé J. Robertson*
    L'SHAUNTEE J. ROBERTSON
    DC Bar # 980248
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    Phone: (202) 252-1729
    lshauntee.robertson@usdoj.gov

*Attorneys for the United States of America*